[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

Nos. 09-10942 & 09-15284
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 17, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-03565-CV-TWT-1


SOCIETE NATIONALE D'INDUSTRIES NUTRITIVE, S.A.E.,
8 Mansouria Road Ahram, Giza Egypt,

                                        Plaintiff-Appellant,

                versus

THE COCA-COLA COMPANY,
P.O. Box 1734 Atlanta Georgia 30301,

                                        Defendant-Appellee.


_____

Appeals from the United States District Court
for the Northern District of Georgia
_____

(November 17, 2010)

Before BLACK, MARTIN and COX, Circuit Judges.

PER CURIAM:

Societe Nationale D'Industries Nutritive, S.A.E. (SONUT), appeals the district court's grant of The Coca-Cola Company's motion to stay in case No. 09-10942 and denial of SONUT's motion to reconsider in case No. 09-15284. The district court granted the motion to stay under the doctrine of international abstention and, pursuant to the same doctrine, denied the motion to reconsider. Based upon our review of the record, the briefs, oral argument, and the district court's well-reasoned opinion, we conclude the district court did not err in its decision to grant Coca-Cola's motion to stay, nor did it err in denying SONUT's motion to reconsider.

**AFFIRMED.**